

2005 Decisions

Opinions of the United
States Court of Appeals
for the Third Circuit

3-22-2005

# USA v. Simmons

Precedential or Non-Precedential: Non-Precedential

Docket No. 03-2013

Follow this and additional works at: http://digitalcommons.law.villanova.edu/thirdcircuit_2005

Recommended Citation

"USA v. Simmons" (2005). *2005 Decisions.* Paper 1441.
http://digitalcommons.law.villanova.edu/thirdcircuit_2005/1441

This decision is brought to you for free and open access by the Opinions of the United States Court of Appeals for the Third Circuit at Villanova University School of Law Digital Repository. It has been accepted for inclusion in 2005 Decisions by an authorized administrator of Villanova University School of Law Digital Repository. For more information, please contact Benjamin.Carlson@law.villanova.edu.

NOT PRECEDENTIAL

UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT

———

No. 03-2013

———

UNITED STATES OF AMERICA

v.

GODFREY L. SIMMONS

Appellant.

———

On Appeal from the United States District Court
for the Eastern District of Pennsylvania
(D.C. No. 02-CR-417)
District Judge: Honorable Petrese B. Tucker

———

Argued May 4, 2004

Before: SLOVITER, FUENTES, and BECKER, Circuit Judges.

(Filed: March 22, 2005)

Robert Epstein (Argued)
Assistant Federal Defender
David L. McColgin
Supervising Appellate Attorney
Maureen Kearney Rowley
Chief Federal Defender
Federal Court Division
Defender Association of Philadelphia
Suite 540 West–Curtis Center
Independence Square West

Philadelphia, PA 19106

*Counsel for Appellant*

Patrick L. Meehan
United States Attorney
Laurie Magid
Deputy United States Attorney for Policy and Appeals
Robert A. Zauzmer
Assistant United States Attorney, Senior Appellate Counsel
Jennifer Arbittier Williams (Argued)
Assistant United States Attorney
615 Chestnut St.
Philadelphia, PA 19106

*Counsel for Appellee*

———

OPINION OF THE COURT

———

FUENTES, <u>Circuit Judge</u>.

Godfrey L. Simmons, a native of Guyana, was charged with and pled guilty to one count of illegal reentry after deportation. The District Court sentenced Simmons, pursuant to the United States Sentencing Guidelines ("U.S.S.G."), to a 48 month term of imprisonment. In determining the sentence, the District Court granted the Government's motion for an upward departure under U.S.S.G. § 4A1.3 on the grounds that Simmons' criminal history category did not adequately reflect the seriousness of his past criminal conduct and the likelihood of recidivism. Simmons thereafter appealed his sentence, arguing that the District Court erred in imposing the upward departure. This Court heard oral argument on May 4, 2004.

Shortly thereafter, the U.S. Supreme Court issued its opinion in *Blakely v. Washington*, 124 S. Ct. 2531 (2004). Simmons filed a motion for leave to file a supplemental brief, which this Court took under advisement and held C.A.V. pending further decision of this Court. Following the decision of the Supreme Court in *United States v. Booker*, 543 U.S. __, 125 S. Ct. 738 (2005), and in response to this Court's directive of February 17, 2005, Simmons now challenges his sentence under *Booker*.

Having determined that the sentencing issues appellant raises are best determined by the District Court in the first instance, we will vacate the sentence and remand for resentencing in accordance with *Booker*. Simmons raises no challenge as to his conviction and accordingly has waived any argument in this regard. We will affirm the judgment of conviction.